**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **RETA J. FOX,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No. 06-4001-JPG** |
| v. ) | |
| ) | |
| **BANNER FINANCE OF ILLINOIS,** ) | |
| **INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**ORDER**

**GILBERT, District Judge:**

Before the Court is the parties' stipulation of dismissal with prejudice (Doc. 63). Accordingly, this action is **DISMISSED WITH PREJUDICE.** Each party to bear its own costs. A separate Judgment shall accompany this Order.

**IT IS SO ORDERED.
DATED: January 23, 2007.**

*s/ J. Phil Gilbert*
**DISTRICT JUDGE**