IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RETA J. FOX, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) ) |
| BANNER FINANCE OF ILLINOIS, INC., BANNER FINANCE OF HOUSTON, INC., BANNER FINANCE OF S.A., INC., KEY MANAGEMENT CO., DIANA BRIGHT, UNUM PROVIDENT CORPORATION, THE PAUL REVERE LIFE INSURANCE COMPANY, UNUM LIFE INSURANCE CO. OF AMERICA, and UNUM PROVIDENT, | ) ) ) ) ) ) ) ) ) ) ) ) |
|     Defendants. | ) |

Case No. 06-4001-JPG

## JUDGMENT

Plaintiff's claims against Unum Provident Corporation, The Paul Revere Life Insurance Company, Unum Life Insurance Co. Of America, and Unum Provident are voluntarily dismissed with prejudice. Pursuant to the parties' stipulation for dismissal with the remaining defendants, plaintiff's claims against Banner Finance of Illinois, Inc., Banner Finance of Houston, Inc., Banner Finance of S.A., Inc., Key Management Co., and Diana Bright are dismissed with prejudice.

This action is dismissed with prejudice. Each party to bear its own costs.

**NORBERT G. JAWORSKI, CLERK OF COURT**

**January 23, 2007.**  By:  s/Brenda K. Lowe
*Date*                      *Deputy Clerk*

**Approved:** s/ *J. Phil Gilbert*          EOD: 1/23/07